United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 23, 2025
Lyle W. Cayce
Clerk

No. 24-20541

IN THE MATTER OF GALLERIA 2425 OWNER, L.L.C.

*Debtor*,

2425 WL, L.L.C.,

*Plaintiff—Appellant*,

versus

NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-2590

_____

ORDER:

IT IS ORDERED that Appellee's opposed motion to strike portions of Appellant's brief is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that Appellee's opposed motion to stay the case pending proceedings in the bankruptcy court GRANTED.

_____
James C. Ho
*United States Circuit Judge*